| | |
|---|---|
| 1 | Michael W. Bien, Esq. (CSB #96891) |
|   | Blake Thompson, Esq. (CSB # 255600) |
| 2 | Rosen, Bien & Galvan, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  415-433-6830 |
| 4 | Fax:  415-433-7104 |
|   | E-Mail:  mbien@rbg-law.com |
| 5 |            bthompson@rbg-law.com |

*Local Counsel for Defendant Trans Union, LLC*

Angela L. Hamm, Esq.  (IN #21662-29)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail: ahamm@schuckitlaw.com
*Pro Hac Vice* Application Pending

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

NAOMI DEWS,
      Plaintiff,

vs.

EQUABLE ASCENT FINANCIAL, LLC; EQUIFAX , INC.; EXPERIAN CREDIT BUREAU; and  TRANS UNION, LLC,
      Defendants.

) CASE NO. 4:11-cv-04297-SBA
)
)
) **STIPULATION AND**
) **[PROPOSED] ORDER OF**
) **DISMISSAL WITH PREJUDICE**
) **BETWEEN PLAINTIFF AND**
) **DEFENDANT TRANS UNION,**
) **LLC ONLY**
)
)
)

Plaintiff Naomi Dews, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:11-CV-04297-SBA**
Page 1 of 3

| | |
|---|---|
| | Respectfully submitted, |
| Date: November 8, 2011 | *s/ Tammy Hussin (w/consent)* |
| | Tammy Hussin, Esq. |
| | Lemberg & Associates, LLC |
| | 6404 Merlin Drive, Suite 100 |
| | Carlsbad, CA 92011 |
| | Telephone: 855-301-2100, Ext. 5514 |
| | Fax: 203-653-3424 |
| | E-Mail: thussin@lemberglaw.com |
| | |
| | *Counsel for Naomi Dews* |
| | |
| Date: November 8, 2011 | *s/ Angela L. Hamm* |
| | Angela L. Hamm, Esq. (IN #21662-29) |
| | admitted Pro Hac Vice |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN 46077 |
| | Telephone: 317-363-2400 |
| | Fax: 317-363-2257 |
| | E-Mail: ahamm@schuckitlaw.com |
| | |
| | *Counsel for Defendant Trans Union, LLC* |
| | |
| | Michael W. Bien, Esq. (CSB #96891) |
| | Blake Thompson, Esq. (CSB # 255600) |
| | Rosen, Bien & Galvan, LLP |
| | 315 Montgomery Street, Tenth Floor |
| | San Francisco, CA 94104 |
| | Telephone: 415-433-6830 |
| | Fax: 415-433-7104 |
| | E-Mail: mbien@rbg-law.com |
| | bthompson@rbg-law.com |
| | |
| | *Counsel for Defendant Trans Union, LLC* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:11-CV-04297-SBA**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice. Plaintiff Naomi Dews and Defendant Trans Union, LLC shall each
3  bear their own costs and attorneys' fees.

Date: 11/10/11

*Saundra B. Armstrong*

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Tammy Hussin, Esq.<br>thussin@lemberglaw.com | Michael W. Bien, Esq.<br>mbien@rbg-law.com |
|---|---|
| Blake Thompson, Esq.<br>bthompson@rbg-law.com | Angela L. Hamm, Esq.<br>ahamm@schuckit.law.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:11-CV-04297-SBA**