UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWS, | ) | No. C11-04297 SBA |
|         Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
|   vs. | ) | |
| | ) | |
| EQUITABLE ASCENT FINANCIAL, LLC ET AL, | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

      IT IS SO ORDERED.

DATED:11/28/11

                                        *Saundra B Armstrong*
                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge